IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:04cr136 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| MICHAEL BROCKMAN, : | |
| : | |
| Defendant(s) : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Black. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on June 21, 2005 Report and Recommendations (Doc. 24). Subsequently, the defendant filed objections (Doc. 28) and the United States responded to the objections (Doc. 35) to such Report and Recommendations. The Court held a hearing on the Report and Recommendations on October 14, 2005.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Therefore, Defendant's Motion to Dismiss the indictment is DENIED (Doc. 16).

IT IS SO ORDERED.

                ___s/Susan J. Dlott_____
                Susan J. Dlott
                United States District Judge